United States Bankruptcy Court
District of Colorado

In re: Case No. 11-38158-MER
Cary Jay Polevoy Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: spressera Page 1 of 2 Date Rcvd: Dec 06, 2011
Form ID: 769 Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2011.

db +Cary Jay Polevoy, 6440 S. Southwood Dr., Centennial, CO 80121-2459
13897164 ++APPLIED BANK, PO BOX 15809, WILMINGTON DE 19850-5809
(address filed with court: Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431)
13897166 +Applied Bank, ATTENTION: GENERAL INQUIRIES, Po Box 17125, Wilmington, DE 19850-7125
13897165 Applied Bank, PO Box 17120, Wilimington, DE 19886-7120
13897168 +Attorney General Of US, Dept Justice -Tax Division, PO Box 683 Ben Franklin Station, Washington, DC 20044-0683
13897175 Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658
13897184 ++++COLORADO ATTORNEY GENERAL, 1525 SHERMAN ST STE 700 5TH FLR, DENVER CO 80203-1700
(address filed with court: Colorado Attorney General, 1525 Sherman 5th Flr, Denver, CO 80203)
13897186 +David Rodrick, D.D.S., 6979 S. Holly Circle, Ste. 235, Centennial, CO 80112-1065
13897189 Gecrb/GR Money Bank Lowes, Po Box 103065, Roswell, GA 30076
13897188 +Gecrb/ge Money Bank Lo, ATTENTION: BANKRUPTCY DEPARTMENT, Po Box 103104, Roswell, GA 30076-9104
13897207 SST Card Services, PO Box 23060, Columbus, GA 31902-3060
13897209 +SST/Columbus Bank And Trust, 4315 Pickett Road, St Joseph, MO 64503-1600
13897205 +Security Service Fcu, 16211 La Cantera Pkwy, San Antonio, TX 78256-2419
13897206 +Security Service Fcu, Po Box 691510, San Antonio, TX 78269-1510
13897208 +Sst/columbus Bank And Trus, Po Box 3997, St. Joseph, MO 64503-0997
13897210 US Attorney, 1225 17th Street #700, Denver, CO 80202-5598
13897211 +US Dept. Of HUD, 1670 Broadway 25th Floor, Denver, CO 80202-4801
13897212 Veterans Administration, One Federal Dr.-Fort Snelling, St Paul, MN 55111-4050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty +E-mail/Text: bnccourtmail@cobk.com Dec 07 2011 01:48:04 David C. Hoskins, 4219 S. Broadway, Englewood, CO 80113-4634
tr +EDI: QJCSMILEY.COM Dec 07 2011 01:33:00 John Smiley, 600 17th Street, Suite 1800 South, Denver, CO 80202-5402
ust +E-mail/Text: ustp.region19@usdoj.gov Dec 07 2011 01:49:56 US Trustee, 999 18th St., Ste. 1551, Denver, CO 80202-2415
13897171 EDI: BANKAMER.COM Dec 07 2011 01:33:00 Bank Of America, PO Box 851001, Dallas, TX 75285-1001
13897169 +EDI: BANKAMER2.COM Dec 07 2011 01:33:00 Bank Of America, PO Box 17054, Wilmington, DE 19850-7054
13897174 +EDI: TSYS2.COM Dec 07 2011 01:33:00 Barclays Bank Delaware, ATTENTION: BANKRUPTCY, Po Box 8801, Wilmington, DE 19899-8801
13897173 +EDI: TSYS2.COM Dec 07 2011 01:33:00 Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014
13897176 EDI: CAPITALONE.COM Dec 07 2011 01:33:00 Cap One, Po Box 85520, Richmond, VA 23285
13897179 +EDI: CAPITALONE.COM Dec 07 2011 01:33:00 Cap One, CAPITAL ONE BANK (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285
13897180 EDI: CAPITALONE.COM Dec 07 2011 01:33:00 Capital One Bank (USA) NA, PO Box 60599, City Of Industry, CA 91716-0599
13897181 +EDI: CHASE.COM Dec 07 2011 01:33:00 Chase, P.O. Box 15298, Wilmington, DE 19850-5298
13897183 EDI: CHASE.COM Dec 07 2011 01:33:00 Chase, Cardmember Service, PO Box 94014, Palatine, IL 60094-4014
13897185 +EDI: CODEPREV.COM Dec 07 2011 01:33:00 Colorado Dept. Of Revenue, 1375 Sherman Room 504, Denver, CO 80261-0001
13897187 EDI: HFC.COM Dec 07 2011 01:33:00 Direct Merchants Bank, Payment Center, PO Box 49357, San Jose, CA 95161-9357
13897196 EDI: HFC.COM Dec 07 2011 01:33:00 HSBC Card Services, PO Box 49352, San Jose, CA 95161-9352
13897190 +EDI: HFC.COM Dec 07 2011 01:33:00 Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253
13897194 +EDI: HFC.COM Dec 07 2011 01:33:00 Hsbc Bank, ATTENTION: BANKRUPTCY, Po Box 5213, Carol Stream, IL 60197-5213
13897198 EDI: IRS.COM Dec 07 2011 01:33:00 Internal Revenue Service, Insolvency Unit, 1999 Broadway, MS 5012 DEN, Denver, CO 80202-3025
13897199 +EDI: IRS.COM Dec 07 2011 01:33:00 IRS District Counsel, 1244 Speer Blvd. #500, Denver, CO 80204-3583
13897197 EDI: IRS.COM Dec 07 2011 01:33:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
13897200 EDI: TSYS2.COM Dec 07 2011 01:33:00 Juniper Card Services, PO Box 13337, Philadelphia, PA 19101-3337
13897201 EDI: RMSC.COM Dec 07 2011 01:33:00 Lowes/GEMB, PO Box 530914, Atlanta, GA 30353-0914
13897202 +EDI: MERRICKBANK.COM Dec 07 2011 01:33:00 Merrick Bank, Pob 9201, Old Bethpage, NY 11804-9001
13897203 +EDI: MERRICKBANK.COM Dec 07 2011 01:33:00 Merrick Bank, ATTN: BANKRUPTCY, P.o. Box 23356, Pittsburg, PA 15222-6356
13897204 EDI: MERRICKBANK.COM Dec 07 2011 01:33:00 Merrick Bank, PO Box 30537, Tampa, FL 33630-3537

TOTAL: 25

District/off: 1082-1 User: spressera Page 2 of 2 Date Rcvd: Dec 06, 2011
Form ID: 769 Total Noticed: 43

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

13897167* Applied Bank, PO Box 17120, Wilimington, DE 19886-7120
13897170* +Bank Of America, PO Box 17054, Wilmington, DE 19850-7054
13897172* Bank of America, PO Box 851001, Dallas, TX 75285-1001
13897177* ++CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285
(address filed with court: Cap One, Po Box 85520, Richmond, VA 23285)
13897178* ++CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285
(address filed with court: Cap One, Po Box 85520, Richmond, VA 23285)
13897182* +Chase, P.O. Box 15298, Wilmington, DE 19850-5298
13897191* +Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253
13897192* +Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253
13897193* +Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253
13897195* +Hsbc Bank, ATTN: BANKRUPTCY, Po Box 5213, Carol Stream, IL 60197-5213

TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011** **Signature:** Joseph Speetjens

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/11) Case Number **11−38158−MER**

# UNITED STATES BANKRUPTCY COURT
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/5/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cary Jay Polevoy
6440 S. Southwood Dr.
Centennial, CO 80121

| | |
|---|---|
| Case Number:<br>11−38158−MER | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1111 |
| Attorney for Debtor(s) (name and address):<br>David C. Hoskins<br>4219 S. Broadway<br>Englewood, CO 80113<br>Telephone number: 303−789−1313 | Bankruptcy Trustee (name and address):<br>John Smiley<br>600 17th Street<br>Suite 1800 South<br>Denver, CO 80202<br>Telephone number: 303−454−0539 |

## Meeting of Creditors

Date: **January 3, 2012** Time: **03:00 PM**

Location: **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/5/12**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Deadline to Provide Documents and Notice of Possible Dismissal:

*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than ***seven*** court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least ***fourteen*** days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202−2508<br>Telephone number: 720−904−7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 12/6/11 |

# EXPLANATIONS

FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously−filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

−− Refer to Other Side for Important Deadlines and Notices −−